# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-2066

———————————————

FLORIDA HOUSE OF
REPRESENTATIVES,

   Petitioner,

   v.

ATHENA GUICE,

   Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

October 29, 2025

PER CURIAM.

   DISMISSED.

LEWIS, ROBERTS, and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Kristen C. Diot and Robert J. Sniffen of Sniffen & Spellman, P.A., Tallahassee, for Petitioner.

No appearance for Respondent.